BURBERRY LIMITED, a United Kingdom company, and BURBERRY LIMITED, a New York corporation v. ZHI YING WU, et al. - Case No. 18-cv-02704

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Zhi Ying Wu | 2 | zhengxian bin |
| 3 | Zheng shibin | 4 | Zheng Hong Jin |
| 5 | zhao yantao | 6 | zhao dequn |
| 7 | zhao dequn (2) | 8 | zhao de qun |
| 9 | zhangxue xiang | 10 | Zhang Yu |
| 11 | zhang yong tao | 12 | zhang xinke |
| 13 | zhang xiaohui | 14 | zhang wu |
| 15 | Zhang Guo Ming | 16 | Yue Xu |
| 17 | You Shi Long | 18 | Yin YuYing |
| 19 | Yin Yu Ying | 20 | yehua guo |
| 21 | Ya Ban Chen | 22 | xuemei liu |
| 23 | xuemei liu (2) | 24 | Xue Mei Liu |
| 25 | xinke zhang | 26 | Xia Wang |
| 27 | Wu Zhi Ying | 28 | wang xiansheng |
| 29 | wang xia | 30 | Uwe Rothstein |
| 31 | tracy | 32 | Tom Eisenberg |
| 33 | thomas jackson | 34 | Theresa Jones |
| 35 | Tess Lindgren | 36 | tao xu |
| 37 | tan ping | 38 | Steven Bachman |
| 39 | shijie Li | 40 | shi jianwei |
| 41 | Sarah Sherman | 42 | Samuel Butler |
| 43 | Russell Colclough | 44 | Randall Robinett |
| 45 | Ping Zhou | 46 | Paul Dexter |
| 47 | Orlowska renata | 48 | niklas grunwald |
| 49 | mybestabag.com | 50 | Michael Freeman |
| 51 | Michael Flint | 52 | Michael Correa |
| 53 | Matthew Mason | 54 | mary hamlin |
| 55 | Mario Clinkscales | 56 | Marina Hoch |
| 57 | marcel faust | 58 | malandrino catherine |
| 59 | lynn patchell | 60 | lu qiu ping |
| 61 | liuxuemei | 62 | liu xuemei |
| 63 | liu xuemei (2) | 64 | liu xue mei |
| 65 | Liu Wei Hong | 66 | linjun cheng |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 67 | Liang Guang Wei | 68 | li wei wei |
| 69 | Leslie Padilla | 70 | Larry Molina |
| 71 | Lane Samuel | 72 | jun hui |
| 73 | John Taylor | 74 | John Bruce |
| 75 | Jennifer Sandridge | 76 | James Jordan |
| 77 | Huey Lown | 78 | huang huiqing |
| 79 | Hermansson Hellstrom | 80 | Helene Bloom |
| 81 | he yaolong | 82 | guangpu liang |
| 83 | Gilbert Haggard | 84 | Gertrude Devore |
| 85 | Francisco Hernandez | 86 | Domain Admin |
| 87 | dequn zhao | 88 | dequn zhao (2) |
| 89 | DengShuangLian ShuangLian | 90 | Dai ManJu |
| 91 | Cyril Miller | 92 | Curtis Washington |
| 93 | Christine Olguin | 94 | chris bond |
| 95 | chen wu | 96 | Broderick Gage |
| 97 | Betty Pietsch | 98 | Bertha Henderson |
| 99 | anna voris | 100 | Anita Douglass |
| 101 | Andrew Baldwin | 102 | adam torres |
| 103 | Guangzhou Yuxi Leather Limited Company | 104 | Shanghai Yecheng Printing Co., Ltd. |
| 105 | Yiwu Xuanpai Garments Co., Ltd. | 106 | Gorgeous Styles |
| 107 | sarakong 2 Store | 108 | Strongking Factory Store |
| 109 | Veri Gude Official Store | 110 | Witchery Store |
| 111 | Women Clothes Home | 112 | XIAGUOCAI Factory Store |
| 113 | AFILADO 3C Accessories Store | 114 | AIKEKA Store |
| 115 | Anna's Brand Bag Store | 116 | baby child store |
| 117 | Banjolu Official Store | 118 | blinzefia Store |
| 119 | BURDULLY Factory Store | 120 | burdullyfashion store |
| 121 | Differentes Store | 122 | Dollbling Store |
| 123 | Dongqingsiyu Official Store | 124 | F H in love |
| 125 | Fashion Angel Co.,LTD | 126 | GoodGoods Store |
| 127 | GouGouYu Store | 128 | HangZhou Scarves& Wrap Centre Store |
| 129 | Hanscarf global Store | 130 | HAYBLST WL Store |
| 131 | he and she store | 132 | hesen trade |
| 133 | high quality children baby jackets&dresses&sets& | 134 | hlhphq Store |
| 135 | Hoodies men women fashionable SHIRT Streetwear Store | 136 | I LEEBAY Costume Store |
| 137 | Ibaymall pregnant baby clothing | 138 | joymuch 8855 store |
| 139 | JUMBOCASE Online Store | 140 | kids pregnancy baby retail & wholesale |
| 141 | kids supplies big Discount shop | 142 | kisskeet store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 143 | loveyurang Store | 144 | Mcoyderm Store |
| 145 | Minos | 146 | mojonoo factory store |
| 147 | NINI RUSI Top1 Store | 148 | pksaq infant child store |
| 149 | qisha official store | 150 | QQ Children Store |
| 151 | SAUNORCH Official Store | 152 | Secret bay |
| 153 | shirt franchise store | 154 | shop2784226 store |
| 155 | Shop2974001 Store | 156 | Shop3072004 Store |
| 157 | Shop3087069 Store | 158 | Shop3217153 Store |
| 159 | Somiseed | 160 | SooSoo Store |
| 161 | star fashion cosplay | 162 | tradeing clothes co., ltd. store |
| 163 | U&Z Trend shoe Store | 164 | Urban Clothes Store |
| 165 | vomint store | 166 | Wkmall Store |
| 167 | Women Clothes Retail Store | 168 | World Best Kids Clothes Store |
| 169 | World Factory Store | 170 | XJ foreign trade clothing |
| 171 | XUNYICHINA Store | 172 | YISHEN Bag Store |
| 173 | Yiwu Headdress | 174 | Yiwu HuanRui Store |
| 175 | yofaqc store | 176 | Zoe Saldana Unique Store |
| 177 | Auspicious Beauty Trendy Store | 178 | FURART fur's Store |
| 179 | Shop206643 Store | 180 | True Love Commodity Wholesale Co.,Ltd. |
| 181 | u happiness shopping Store | 182 | 24hbabyonline-dress |
| 183 | 447hk_meeqia | 184 | lixuxia-0 |
| 185 | loveforever2018 | 186 | new_casual_friday |
| 187 | sunnylife25 | 188 | dujuan19840511 |
| 189 | zhaocaimao99888 | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ivemeycase.en.alibaba.com | 2 | shyecheng.en.alibaba.com |
| 3 | ywxuanpai.en.alibaba.com | 4 | gorgesonline2015.aliexpress.com/store/2008060 |
| 5 | aliexpress.com/store/3272031 | 6 | aliexpress.com/store/900818 |
| 7 | aliexpress.com/store/1180514 | 8 | aliexpress.com/store/2664101 |
| 9 | aliexpress.com/store/1352217 | 10 | aliexpress.com/store/3109086 |
| 11 | aliexpress.com/store/2191071 | 12 | aliexpress.com/store/3115090 |
| 13 | aliexpress.com/store/929205 | 14 | aliexpress.com/store/3205061 |
| 15 | aliexpress.com/store/732032 | 16 | aliexpress.com/store/3240127 |
| 17 | aliexpress.com/store/3145035 | 18 | aliexpress.com/store/538032 |
| 19 | aliexpress.com/store/1920559 | 20 | aliexpress.com/store/2347344 |
| 21 | aliexpress.com/store/2626003 | 22 | aliexpress.com/store/2217070 |
| 23 | aliexpress.com/store/1626378 | 24 | aliexpress.com/store/2400089 |
| 25 | aliexpress.com/store/2850054 | 26 | aliexpress.com/store/2348134 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
| --- | --- | --- | --- |
| 27 | aliexpress.com/store/3204086 | 28 | aliexpress.com/store/2934053 |
| 29 | aliexpress.com/store/2411088 | 30 | aliexpress.com/store/1091405 |
| 31 | aliexpress.com/store/3628067 | 32 | aliexpress.com/store/3281004 |
| 33 | aliexpress.com/store/2840086 | 34 | aliexpress.com/store/1129024 |
| 35 | aliexpress.com/store/609713 | 36 | aliexpress.com/store/2064139 |
| 37 | aliexpress.com/store/127653 | 38 | aliexpress.com/store/1333977 |
| 39 | aliexpress.com/store/1924854 | 40 | aliexpress.com/store/1775689 |
| 41 | aliexpress.com/store/2882289 | 42 | aliexpress.com/store/2965110 |
| 43 | aliexpress.com/store/1685274 | 44 | aliexpress.com/store/3110072 |
| 45 | aliexpress.com/store/1938092 | 46 | aliexpress.com/store/3244043 |
| 47 | aliexpress.com/store/134549 | 48 | aliexpress.com/store/3256115 |
| 49 | aliexpress.com/store/1762426 | 50 | aliexpress.com/store/1924588 |
| 51 | aliexpress.com/store/3622078 | 52 | aliexpress.com/store/2784226 |
| 53 | aliexpress.com/store/2974001 | 54 | aliexpress.com/store/3072004 |
| 55 | aliexpress.com/store/3087069 | 56 | aliexpress.com/store/3217153 |
| 57 | aliexpress.com/store/1904397 | 58 | aliexpress.com/store/3192046 |
| 59 | aliexpress.com/store/327599 | 60 | aliexpress.com/store/2413077 |
| 61 | aliexpress.com/store/1970216 | 62 | aliexpress.com/store/2133192 |
| 63 | aliexpress.com/store/2091016 | 64 | aliexpress.com/store/2689023 |
| 65 | aliexpress.com/store/2139223 | 66 | aliexpress.com/store/1299103 |
| 67 | aliexpress.com/store/3215027 | 68 | aliexpress.com/store/1497907 |
| 69 | aliexpress.com/store/2340152 | 70 | aliexpress.com/store/614722 |
| 71 | aliexpress.com/store/1748574 | 72 | aliexpress.com/store/2656101 |
| 73 | aliexpress.com/store/3091067 | 74 | aliexpress.com/store/2343137 |
| 75 | aliexpress.com/store/3147034 | 76 | aliexpress.com/store/2967094 |
| 77 | aliexpress.com/store/206643 | 78 | aliexpress.com/store/312756 |
| 79 | aliexpress.com/store/2786034 | 80 | ebay.com/usr/24hbabyonline-dress |
| 81 | ebay.com/usr/447hk_meeqia | 82 | ebay.com/usr/lixuxia-0 |
| 83 | ebay.com/usr/loveforever2018 | 84 | ebay.com/usr/new_casual_Friday |
| 85 | ebay.com/usr/sunnylife25 | 86 | ioffer.com/selling/dujuan19840511 |
| 87 | ioffer.com/selling/zhaocaimao99888 | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
| --- | --- | --- | --- |
| 1 | wallspaceimages.com | 2 | skydivingminneapolis.com |
| 3 | cyborgglitch.com | 4 | zippitydoodogs.com |
| 5 | irishcocopeat.com | 6 | coisadegordo.com |
| 7 | cssrpim.com | 8 | burberryoutlet.in.net |
| 9 | aubreychaparrals.com | 10 | francinibeautysalon.com |
| 11 | doshdeal.com | 12 | deccanherbs.com |
| 13 | burberryhandbagsvip.com | 14 | outletburberry-bags.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 15 | abellephotography.com | 16 | newparkplanet.com |
| 17 | yaccogarantiemoto.com | 18 | ashabusinesssolutions.com |
| 19 | cedric-cledassou.com | 20 | digiorch.com |
| 21 | replica-bags.us.com | 22 | creacionesgabysos.com |
| 23 | fantasticfauxfinishes.com | 24 | flowerdeliverysantacruz.com |
| 25 | naturesgracephotography.com | 26 | kidsroom-nonnon.com |
| 27 | outputradionl.com | 28 | wankebi.us |
| 29 | lchsmarchingband.com | 30 | udt-tr.com |
| 31 | promowareprinting.com | 32 | pinkaliciouspops.com |
| 33 | goldcoastwf.com | 34 | prop518.com |
| 35 | royaltoprest.com | 36 | kaleidoscope-faces.com |
| 37 | concededrock.com | 38 | cellcase.online |
| 39 | eleanoreosborne.com | 40 | mkmontressolde.com |
| 41 | childrena.com | 42 | pusatidcard.com |
| 43 | carolinasiscebs.org | 44 | kagishodikgacoi.org |
| 45 | ordoclavis.org | 46 | pakistannewspapers.org |
| 47 | chantelleswhite.com | 48 | cubtexarkana.com |
| 49 | themarque-cambridge.com | 50 | onlyrowingmachines.com |
| 51 | shaktiyogamiami.com | 52 | stevemilleragency.com |
| 53 | muranoofdelraybeach.com | 54 | patricia-patterson.com |
| 55 | drhernandotorres.com | 56 | horseball-italia.com |
| 57 | roydraper.com | 58 | togetherenglish.com |
| 59 | lorddavidnelson.com | 60 | djmarcuscooper.com |
| 61 | clubegaivota.org | 62 | hakankutluyurdu.org |
| 63 | rancho-maze-band.org | 64 | boiseelectricalcontractor.org |
| 65 | gtbaogolf.org | 66 | adottare.org |
| 67 | durmusoglumuhendislik.com | 68 | jordanhomesboise.com |
| 69 | kapadokyatekstil.com | 70 | caffeinatedonline.com |
| 71 | hcsacademy-indonesia.com | 72 | iconographyby.com |
| 73 | planetbeachdoral.com | 74 | theflipsidetoday.com |
| 75 | atlkids.org | 76 | pitrm.org |
| 77 | smokerslungs.org | 78 | valvertluisant.org |
| 79 | newlifecedarburg.org | 80 | mytechbox.org |
| 81 | revball.org | 82 | romeapartments.org |
| 83 | monitoringgps.org | 84 | knowcase.store |
| 85 | mybags.store | 86 | instagrambags.com |
| 87 | deborahsalebutler.com | 88 | sleek-studio.com |
| 89 | bagsoutlet.pw | 90 | youneedgigi.com |
| 91 | globales-sourcing.com | 92 | amarylliz.com |
| 93 | mcleanrugs.com | 94 | champion-rankings.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 95 | batmancostumesforkids.com | 96 | mybestabag.com |
| 97 | adecland.com | 98 | ecseller.online |
| 99 | oforget.online | 100 | promenadecat.online |
| 101 | edetroit.online | 102 | hostmap.online |
| 103 | okiser.online | 104 | uscdns.com |
| 105 | greatoutdoorsmobile.com | 106 | kleinlegalsearch.com |
| 107 | marwerollerskis.com | 108 | polkadotsundaybeauty.com |
| 109 | hesterhouseblog.com | 110 | wearephast.com |
| 111 | movinghelpers.org | 112 | bevaawswrdi.store |
| 113 | bitofheavenfarmga.com | 114 | enovotec.com |
| 115 | burberrysale.club | 116 | fitalkers.com |
| 117 | aqueductresults.com | 118 | carbonadvantageprogram.com |
| 119 | kvcrpfmokama.org | 120 | latopbrand.com |
| 121 | calebchanceyblogs.com | 122 | royalworldtechnologies.com |
| 123 | storeburberry18.com | 124 | brands372.com |
| 125 | webriginals.com | 126 | newbfcoupon.com |
| 127 | howwouldyourate.com | 128 | stoshwolfen.com |
| 129 | cinarcikguvenemlak.com | 130 | decorativeconcretecanton.com |
| 131 | tuerkischerezepte.com | 132 | apachegroupllc.com |
| 133 | columbusindiemusicunion.com | 134 | mgdetective.com |
| 135 | stuccostonesidingidaho.com | 136 | hospedajelargaestanciaguadalajara.com |
| 137 | costablancagolfleague.com | 138 | elhadadelaschuches.com |
| 139 | grandcaymanhaven.com | 140 | machineteksystems.com |
| 141 | writeclubwithstellaorange.com | 142 | stargranit.com |
| 143 | talkaboutfoodjb.com | 144 | superdigitaltechnology.com |
| 145 | justinsfightclub.com | 146 | rollerplexskatecenter.com |
| 147 | atylerslife.com | 148 | caeliqartel.com |
| 149 | catorsocialmedia.com | 150 | kurbanhisse.com |
| 151 | scanningsandiego.com | 152 | stpaulspsderry.com |
| 153 | mmprintfinishers.com | 154 | brandsell.shop |
| 155 | startextrim.com | 156 | republicanpartyofokeechobee.com |
| 157 | terawhitaker.com | 158 | virtualchautauqua.com |
| 159 | ristorantelegrenier.info | 160 | burberry.us.com |
| 161 | luxuryfakes.com | 162 | tainong.org |
| 163 | choreusdatacenters-paris.com | 164 | cutiepetsupply.com |
| 165 | djbarrythomas.com | 166 | boutiquehollywood.com |
| 167 | lvshop.club | 168 | hellomicki.top |
| 169 | hellomickijerseys.top | 170 | charglennmd.org |
| 171 | clfrabboni.org | 172 | libertymotorsgrassvalley.com |
| 173 | homewoodsuitesaustin.com | 174 | insantaquin.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 175 | kendreengineers.com | 176 | annajihad.com |
| 177 | hotelcostasolalmeria.com | 178 | fostersbarkingmonkey.com |
| 179 | clubvillacubas.com | 180 | spreihandukmurah.com |
| 181 | freshohio.org | 182 | housingforhaiti.org |
| 183 | parcaboyama.org | 184 | wholesalecaps.club |
| 185 | iheartpetrescue.org | 186 | citrahandbags.com |
| 187 | gadgetmoto.com | 188 | ytmedianetwork.com |